**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHILLIP BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:22-cv-01361-JAR |
| v. | ) | |
| | ) | |
| CHS TX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about **CHS TX, Inc.**

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):
**CHS TX, Inc. is not publicly traded.**

b. Its parent companies or corporations (if none, state "none"):
**YesCare Corp. is the parent company of CHS TX, Inc.**

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):
**None.**

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
**1. YesCare Corp.**
**2. YesCare Holdings, LLC.**

2. If the subject is a party, intervenor, or proposed intervenor in an action in which the jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations.

**CHS TX, Inc. understands that jurisdiction in this matter is not based on 28 U.S.C. § 1332(a).**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

3. If the subject is an organizational victim in a criminal case,

a. The victim's identity N/A

b. If the victim is a corporation,

1. Whether it is publicly traded, and if it is, on which exchange(s): N/A

2. Its parent companies or corporations (if none, state "none"): N/A

3. Subsidiaries that are not wholly owned by the subject (if none, state "none"): N/A

4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): N/A

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

/s/ *Philip A. Cantwell*
Signature (Counsel for Defendants CHS TX, Inc. and YesCare Corp.)
Print Name: Philip A. Cantwell
Address: 7676 Forsyth Blvd., Ste 1900
City/State/Zip: St. Louis, MO 63105
Phone: 314-889-7300

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served by electronic notice on all parties on: September 15, 2026.

/s/ *Philip A. Cantwell*
Signature